1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   REBECCA A. HULL  Bar No. 99802
2  SHAWN M. WROBEL Bar No. 230030
   One Market Plaza
3  Steuart Tower, 8th Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
5  rebecca.hull@sdma.com
   shawn.wrobel@sdma.com
6
   Attorneys for Defendant
7  Rolls Wood Group (Repair & Overhauls) USA, Inc.

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11
   QUYEN LE,                                CASE NO. 07-cv-05193 BZ
12
            Plaintiff,                      **NOTICE OF RELATED CASE UNDER**
13                                          **LOCAL RULE 3-12**
        v.
14
   ANH VO, CHAU VO, THU VO, MINH
15 VO, THUANHAI VO, MARIE
   AUERBACH, ROLLS WOOD GROUP
16 (REPAIR & OVERHAULS) USA, and
   DOES 1-30, Inclusive,
17
            Defendants.
18

19
        TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:
20
        PLEASE TAKE NOTICE that the above-captioned action is related to the previously
21
   pending case captioned Quyen Le v. Anh Vo, et al., Case No. 3:07-cv-00847-CRB, filed in this
22
   Court on February 9, 2007, which was assigned to Hon. Charles Breyer, and was remanded to
23
   Alameda County Superior Court on September 6, 2007. The claims alleged in the above-
24
   captioned action and Case No. 3:07-cv-00847-CRB arise out of the same set of facts and
25
   circumstances and seek the same relief.
26
        The instant action and Case No. 3:07-cv-00847-CRB arose from the same basic facts and
27
   appears to seek against Rolls Wood some or all of the same relief previously sought by plaintiff
28
   against Metropolitan Life Insurance Company, which was a defendant in the earlier-filed action.

SF/1449197v1                          -1-                          Case No. 07-cv-05193 BZ
                              NOTICE OF RELATED CASE

1  Accordingly, defendant Rolls Wood requests that the two actions be treated as related cases
2  within the meaning of Local Rule of Court 3-12, so as to conserve judicial resources and promote
3  efficient determination of this action.

4  DATED: October 11, 2007         SEDGWICK, DETERT, MORAN & ARNOLD LLP

6                                  By: /s/ Rebecca A. Hull
                                       Rebecca A. Hull
7                                      Shawn M. Wrobel
                                       Attorneys for Defendant
8                                      Rolls Wood Group (Repair & Overhauls) USA, Inc.