Geoffrey M. Faust SBN 93738
P.O. Box 751
Clayton, CA 94517
(925) 673-1988

Attorney for Plaintiff Quyen Le

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Quyen Le, | ) Case No.: C07-cv-05193 BZ |
| Plaintiff, | ) Plaintiff Quyen Le's demand for jury trial |
| vs. | ) |
| Anh Vo, Chau Vo, Thu Vo, Minh Vo, Thuanhai Vo, Marie Auerbach, Rolls Wood Group (Repairs & Overhauls) USA, and Does 1-30, inclusive, | ) |
| Defendants. | ) |

Plaintiff Quyen Le demands trial by jury on all issues so triable.

Dated: October _____, 2007

_____
Geoffrey M. Faust
Attorney for plaintiff Quyen Le

Plaintiff Quyen Le's demand for jury trial                                               1