1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   REBECCA A. HULL  Bar No. 99802
2  SHAWN M. WROBEL Bar No. 230030
   One Market Plaza
3  Steuart Tower, 8th Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
5  rebecca.hull@sdma.com
   shawn.wrobel@sdma.com
6
   Attorneys for Defendant
7  ROLLS WOOD USA

8
                    UNITED STATES DISTRICT COURT
9
10         NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

11
   QUYEN LE,                           CASE NO. 3:07-cv-00847-CRB
12
           Plaintiff,                  ~~[PROPOSED]~~ ORDER GRANTING ROLLS
13                                      WOOD USA'S ADMINISTRATIVE
                                        MOTION TO RELATE CASES
14     v.

   ANH VO, CHAU VO, THU VO, MINH
15 VO, THUANHAI VO, MARIE             [Local Rules 3-12 and 7-11]
   AUERBACH, ROLLS WOOD USA,
16 METROPOLITAN LIFE INSURANCE
   COMPANY and DOES 1-30, Inclusive,
17
           Defendants.
18

19

20        Upon consideration of the administrative motion of defendant Rolls Wood USA to relate

21 Case No. 07-cv-05193 BZ and the above-captioned case pursuant to Local Rule 3-12, and the

22 stipulation of the parties, and good cause appearing therefore, the request is hereby GRANTED.

23 Case No. 07-cv-05193 BZ shall be reassigned to the Honorable Charles R. Breyer.

24        IT IS SO ORDERED.

25
   Dated:  October 31, 2007 _____
26                                      UNITED STATES DISTRICT JUDGE
27                                           IT IS SO ORDERED
28
                                             Judge Charles R. Breyer