IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUYEN LE, | No. C 07-05193 CRB |
|      Plaintiff, | **Clerk's Notice** |
| v. | |
| ANH VO, | |
|      Defendant. _____/ | |

YOU ARE NOTIFIED THAT the Court has scheduled the initial case management conference for Friday, February 29, 2008 at 8:30 a.m. before the Honorable Charles R. Breyer.  The initial case management scheduling order shall remain the same.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.

Dated:   November 5, 2007         FOR THE COURT,

                                                            Richard W. Wieking, Clerk

                                                            By:_____

                                                               Barbara Espinoza
                                                               Courtroom Deputy