**United States District Court**
For the Northern District of California

1
2
3
4
5
6                              IN THE UNITED STATES DISTRICT COURT
7
                            FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9
10   QUYEN LE                                        NO. CV 07-05193 CRB

11                    Plaintiff,                     **CLERK'S NOTICE RE: FAILURE
        v.                                           TO FILE ELECTRONICALLY
12                                                   AND/OR REGISTER AS AN E-
                                                     FILER**
13   ANH VO ET AL
                      Defendant.
14   _____/

15
16   On **October 10, 2007**, counsel for **defendant Rolls Wood Group** filed a **Notice of Removal
17   (document no. 1)** manually, on paper.  This case has been designated for electronic filing, pursuant to
     Local Rule 5-4 and General Order 45.
18
19
20   The above mentioned  paper document has been filed and docketed. However, General Order 45
21   provides at Section III  that cases assigned to judges who participate in the e-filing program "shall be
22   presumptively designated" as e-filing cases. Therefore, counsel for **defendant Rolls Wood Group**
     should submit the **abovementioned document**, in PDF format within 10 days, as an attachment in an
23   *e-mail* message directed to the judges chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov.
24   (Click on the **Judges** button and follow the procedure listed there).  Do *not* e-file a document which has
25   been previously filed on paper, as is the case with the above mentioned filing. All subsequent papers
26   should be e-filed.
27
28

1    Further, General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to

2    become an ECF User and be assigned a user ID and password for access to the system upon designation

3    of the action as being subject to ECF."  Counsel in this case who have not yet registered as ECF Users

4    must do so immediately.  Forms and instructions for registering can be found on the Court's Web site

5    at ecf.cand.uscourts.gov.

6    Dated: November 6, 2007                                    Maria Loo
                                                                Deputy Clerk

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                              2

**United States District Court**
For the Northern District of California