UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Quyen Le,

Plaintiff(s),

v.

Anh Vo, Chau Vo, Thu Vo, Minh Vo, Thuanhai Vo, Marie Auerbach, Rolls Wood Group (Repair & Overhauls) USA, AND DOES 1-30, Inclusive,

Defendant(s).

Case No. 3:07-cv-05193-CRB

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: Feb 18 2008

[Party]
Rolls Wood Group
(Repairs & Overhauls) USA

Dated: Feb 19 2008

[Counsel]
Sedgwick, Detert, Moran & Arnold

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05