**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **February 29, 2008**

**C-07-05193CRB**

   **QUYEN LE  v.  ANH VO**

Attorneys:     Georffrey Faust                              Jack Benoun

                                                                                      Rebecca Hull

Deputy Clerk: **BARBARA ESPINOZA**              Reporter: **Not Reported**

**PROCEEDINGS:**                                                                                                    **RULING:**

1.  Initial Case Management Conference   -   Held

2.

3.

**ORDERED AFTER HEARING:**

Initial disclosure to be completed within thirty (30) days.

( ) ORDER TO BE PREPARED BY:    Plntf ____   Deft ____   Court ____

(X) Referred to Magistrate Judge Joseph C. Spero for:   Settlement

(X) CASE CONTINUED TO May 16, 2008 @ 8:30 a.m. for Further Case Management Conference

Discovery Cut-Off _____           Expert Discovery Cut-Off _____
Plntf to Name Experts by _____           Deft to Name Experts by _____
P/T Conference Date _____     Trial Date _____  Set for _____ days
                              Type of Trial:  ( )Jury    ( )Court

Notes: _____