Charles E. Brumfield (SBN:56636)
1725 Gillespie Way
El Cajon, CA 92020
Phone No.: 619-596-8600 x138
Fax No.: 619-596-8790
Lawceb@purebio.com

Attorney for Defendant,
Marie Auerbach

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUYEN, LE, individual | CASE NO.: 07 CV 05193 BZ |
| Plaintiff, | |
| vs. | **DEFENDANT MARIE AUERBACH'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| ANH VO, CHAU VO, THU VO, MINH VO, THUANHAI VO, MARIE AUERBACH, ROLLS WOOD GROUP (REPAIR & OVERHAULS) USA, and DOES 1-30, Inclusive, | |
| Defendants. | |

Defendant Marie Auerbach hereby submits this answer to Plaintiff's First Amended Complaint, as follows:

1. On information and belief, Marie Auerbach admits the allegations of paragraph 1 of the Complaint.

2. Marie Auerbach has no information sufficient to form a belief as to the allegations set forth in paragraph 2 of the Complaint, and on that basis denies such allegations.

3. Marie Auerbach has no information sufficient to form a belief as to the allegations set forth in paragraph 3 of the Complaint, and on that basis denies such allegations.

4. Marie Auerbach has no information sufficient to form a belief as to the allegations set forth in paragraph 4 of the Complaint, and on that basis denies such allegations.

1

**ANSWER TO COMPLAINT**

**07 CV 05193 (CRB)**

5. Marie Auerbach has no information sufficient to form a belief as to the allegations set forth in paragraph 5 of the Complaint, and on that basis denies such allegations.

6. Marie Auerbach has no information sufficient to form a belief as to the allegations set forth in paragraph 6 of the Complaint, and on that basis denies such allegations.

7. Marie Auerbach admits she is an individual residing in the state California and a citizen of the State of California.

8. Marie Auerbach has no information sufficient to form a belief as to the allegations set forth in paragraph 8 of the Complaint, and on that basis denies such allegations.

9. To the extent that paragraph 9 of the Complaint consists of legal conclusions, Maria Auerbach is not required to respond. To the extent that paragraph 9 of the Complaint consists of factual allegations, Maria Auerbach denies such allegations as to her, and lacks information sufficient to form a belief as to such allegations regarding any other person or entity and on such basis denies such allegations as to all other persons or entities.

10. To the extent that paragraph 10 is construed as being alleged against Maria Auerbach, all allegations thereof are denied. To the extent that such allegations are made against persons or entities other than Maria Auerbach, Maria Auerbach lacks information sufficient to form a belief as to them, and on that basis denies them.

11. To the extent that paragraph 11 of the Complaint consists of legal conclusions, Maria Auerbach is not required to respond. To the extent that paragraph 11 of the Complaint consists of factual allegations, Maria Auerbach denies such allegations and further and expressly denies that plaintiff suffered any injury or damage of any type or kind for which Maria Auerbach is or may be liable, or at all.

12. To the extent that paragraph 12 of the Complaint consists of legal conclusions, Maria Auerbach is not required to respond. To the extent that paragraph 12 of the Complaint consists of factual allegations, Maria Auerbach denies such allegations.

13. To the extent that paragraph 13 of the Complaint consists of legal conclusions, Maria Auerbach is not required to respond. To the extent that paragraph 13 of the Complaint consists of factual allegations, Maria Auerbach admits that venue is proper in the Northern District of California, but denies the balance of the factual allegations of paragraph 13 to the extent that such allegations could be construed as having been made against Maria Auerbach.

14. To the extent that paragraph 14 is construed as being alleged against Maria Auerbach, the allegations thereof are denied. To the extent that such allegations are made against persons or entities other than Maria Auerbach, Maria Auerbach lacks information sufficient to form a belief as to them, and on that basis denies them.

15. To the extent that paragraph 15 is construed as being alleged against Maria Auerbach, the allegations thereof are denied. To the extent that such allegations are made against persons or entities other than Maria Auerbach, Maria Auerbach lacks information sufficient to form a belief as to them, and on that basis denies them.

16. Responding to paragraph 16 of the Complaint, Maria Auerbach incorporates herein by reference, as though set forth in full, paragraphs 1 through 15 above, inclusive.

17. Maria Auerbach has no information sufficient to permit her to form a belief as to the truth of the allegations of paragraph 17 of the Complaint, and on that basis denies such allegations.

18. Maria Auerbach has no information sufficient to permit her to form a belief as to the truth of the allegations of paragraph 18 of the Complaint, and on that basis denies such allegations.

19. Maria Auerbach has no information sufficient to permit her to form a belief as to the truth of the allegations of paragraph 19 of the Complaint, and on that basis denies such allegations.

20. Maria Auerbach has no information sufficient to permit her to form a belief as to the truth of the allegations of paragraph 20 of the Complaint, and on that basis denies such allegations.

21. Responding to the allegations of paragraph 21 of the Complaint, Maria Auerbach is informed and believes, and on that basis admits, that Anh Vo, Chau Vo, Thu Vo, Thu Vo, Minh Vo and Thuanhai Vo are children of Thanh Vo. Except as expressly admitted, Maria Auerbach has no information sufficient to permit it to form a belief as to the truth of the allegations of paragraph 21 of the Complaint, and on that basis denies such allegations.

22. Maria Auerbach has no information sufficient to permit her to form a belief as to the truth of the allegations of paragraph 22 of the Complaint, and on that basis denies such allegations.

23. Maria Auerbach has no information sufficient to permit her to form a belief as to the truth of the allegations of paragraph 23 of the Complaint, and on that basis denies such allegations.

24. Responding to the allegation of paragraph 24 of the Complaint, Maria Auerbach admits she is the Executor of the Thanh Vo will. Except as expressly admitted, Maria Auerbach denies all the allegations in paragraph 24 of the Complaint.

25. Maria Auerbach has no information sufficient to permit her to form a belief as to the truth of the allegations of paragraph 25 of the Complaint, and on that basis denies such allegations.

26. Responding to paragraph 26 of the Complaint, Maria Auerbach incorporates herein by reference, as though set forth in full, paragraphs 1 through 25 above, inclusive.

27. Maria Auerbach has no information sufficient to permit her to form a belief as to the truth of the allegations of paragraph 27 of the Complaint, and on that basis denies such allegations.

28. Responding to the allegation of paragraph 28 of the Complaint, Maria Auerbach admits she is the Executor of the Thanh Vo will. Except as expressly admitted, Maria Auerbach denies all the allegations in paragraph 28 of the Complaint.

29. Maria Auerbach has no information sufficient to permit her to form a belief as to the truth of the allegations of paragraph 29 of the Complaint, and on that basis denies such allegations.

30. Responding to paragraph 30 of the Complaint, Maria Auerbach incorporates herein by reference, as though set forth in full, paragraphs 1 through 29 above, inclusive.

31. Maria Auerbach has no information sufficient to permit her to form a belief as to the truth of the allegations of paragraph 31 of the Complaint, and on that basis denies such allegations.

32. Maria Auerbach has no information sufficient to permit her to form a belief as to the truth of the allegations of paragraph 32 of the Complaint, and on that basis denies such allegations.

33. Responding to paragraph 33 of the Complaint, Maria Auerbach denies that plaintiff has suffered any legally recognized or compensable injury with regard to her failure to receive benefits under the life insurance Plan. Except as expressly stated herein, Maria Auerbach has no information sufficient to permit her to form a belief as to the truth of the allegations of paragraph 33 of the Complaint, and on that basis denies such allegations.

34. To the extent that paragraph 34 is construed as being alleged against Maria Auerbach, the allegations thereof are denied.  To the extent that such allegations are made against persons or entities other than Maria Auerbach, Maria Auerbach lacks information sufficient to form a belief as to them, and on that basis denies them.

35. Responding to paragraph 35 of the Complaint, Maria Auerbach incorporates herein by reference, as though set forth in full, paragraphs 1 through 34 above, inclusive.

36. To the extent that paragraph 36 is construed as being alleged against Maria Auerbach, the allegations thereof are denied. To the extent that such allegations are made against persons or entities other than Maria Auerbach, Maria Auerbach lacks information sufficient to form a belief as to them, and on that basis denies them.

37. To the extent that paragraph 37 is construed as being alleged against Maria Auerbach, the allegations thereof are denied. To the extent that such allegations are made against persons or entities other than Maria Auerbach, Maria Auerbach lacks information sufficient to form a belief as to them, and on that basis denies them.

38. Maria Auerbach has no information sufficient to permit her to form a belief as to the truth of the allegations of paragraph 38 of the Complaint, and on that basis denies such allegations.

39. Responding to paragraph 39 of the Complaint, Maria Auerbach denies that plaintiff has suffered any legally recognized or compensable injury except as expressly stated herein; Maria Auerbach has no information sufficient to permit her to form a belief as to the truth of the allegations of paragraph 39 of the Complaint, and on that basis denies such allegations.

40. Responding to paragraph 40 of the Complaint, Maria Auerbach denies that plaintiff has suffered any legally recognized or compensable injury except as expressly stated herein; Maria Auerbach has no information sufficient to permit her to form a belief as to the truth of the allegations of paragraph 40 of the Complaint, and on that basis denies such allegations.

41. Responding to paragraph 41 of the Complaint, Maria Auerbach incorporates herein by reference, as though set forth in full, paragraphs 1 through 40 above, inclusive.

42. Maria Auerbach has no information sufficient to permit her to form a belief as to the truth of the allegations of paragraph 42 of the Complaint, and on that basis denies such allegations.

43. Maria Auerbach has no information sufficient to permit her to form a belief as to the truth of the allegations of paragraph 43 of the Complaint, and on that basis denies such allegations.

44. Maria Auerbach has no information sufficient to permit her to form a belief as to the truth of the allegations of paragraph 44 of the Complaint, and on that basis denies such allegations.

45. Maria Auerbach has no information sufficient to permit her to form a belief as to the truth of the allegations of paragraph 45 of the Complaint, and on that basis denies such allegations.

46. Responding to paragraph 46 of the Complaint, Maria Auerbach denies that plaintiff has suffered any legally recognized or compensable injury except as expressly stated herein; Maria Auerbach has no information sufficient to permit her to form a belief as to the truth of the allegations of paragraph 46 of the Complaint, and on that basis denies such allegations.

47. Responding to paragraph 47 of the Complaint, Maria Auerbach denies that plaintiff has suffered any legally recognized or compensable injury except as expressly stated herein; Maria Auerbach has no information sufficient to permit her to form a belief as to the truth of the allegations of paragraph 47 of the Complaint, and on that basis denies such allegations.

48. Responding to paragraph 48 of the Complaint, Maria Auerbach incorporates herein by reference, as though set forth in full, paragraphs 1 through 47 above, inclusive.

49. Maria Auerbach has no information sufficient to permit her to form a belief as to the truth of the allegations of paragraph 49 of the Complaint, and on that basis denies such allegations.

50. Responding to paragraph 50 of the Complaint, Maria Auerbach denies that plaintiff has suffered any legally recognized or compensable injury except as expressly stated herein; Maria Auerbach has no information sufficient to permit her to form a belief as

      to the truth of the allegations of paragraph 50 of the Complaint, and on that basis denies such allegations.

51. Responding to paragraph 51 of the Complaint, Maria Auerbach incorporates herein by reference, as though set forth in full, paragraphs 1 through 50 above, inclusive.

52. The allegations of paragraph 52 of the Complaint are not directed to Maria Auerbach, which therefore she is not required to respond to them. To the extent that such allegations could be deemed to be directed to Maria Auerbach, they are denied.

53. The allegations of paragraph 53 of the Complaint are not directed to Maria Auerbach, which therefore she is not required to respond to them. To the extent that such allegations could be deemed to be directed to Maria Auerbach, they are denied.

54. The allegations of paragraph 54 of the Complaint are not directed to Maria Auerbach, which therefore she is not required to respond to them. To the extent that such allegations could be deemed to be directed to Maria Auerbach, they are denied.

55. The allegations of paragraph 55 of the Complaint are not directed to Maria Auerbach, which therefore she is not required to respond to them. To the extent that such allegations could be deemed to be directed to Maria Auerbach, they are denied.

**AFFIRMATIVE DEFENSES**

As separate, distinct and affirmative defenses to plaintiff's complaint, defendant alleges as follows:

**I.**

Plaintiff's First Amended Complaint fails to state a claim upon which relief can be granted.

**II.**

Plaintiff's First Amended Complaint is barred by the applicable statue of limitations.

**III.**

This Court does not have subject matter jurisdiction over plaintiff's claims, which arise under state law.

**IV.**

The Complaint fails to state a claim against Maria Auerbach upon which attorney fees can be awarded.

**V.**

Each action of Maria Auerbach with respect to the matters alleged in the Complaint, if any such action was taken, was at all times done in good faith and for proper reasons.

**VI.**

Plaintiff's claims are barred by the doctrine of estoppel.

**VII.**

Plaintiff's claims are barred by the doctrine of waiver.

**VIII.**

Plaintiff's claims are barred by the fact that any decisions made by Maria Auerbach, were not arbitrary or capricious, but rather were reasonable in light of the facts and the terms and conditions of the relevant will.

**IX.**

Any recovery by plaintiff is barred in whole or in part due to her own delay or failure to disclose or provide information pertaining to the allegations in her complaint.

**X.**

Any injury or damage sustained by plaintiff with regard to the matters alleged in the Complaint, the fact and alleged extent of which is expressly denied by Maria Auerbach, is and was the result of conduct of persons and entities for which Maria Auerbach has no factual or legal liability, including but not limited to conduct of plaintiff.

**XI.**

Maria Auerbach is not a proper party to this action.

**XII.**

Plaintiff has failed to set out her claims with sufficient particularity to permit Maria Auerbach to raise all potentially appropriate defenses, and Maria Auerbach therefore reserves the right to add

further defenses as the bases for plaintiff's purported claims become known, pursuant to the provisions of Rule 8 of the Federal Rules of Civil Procedure.

WHEREFORE, defendant Marie Auerbach prays for judgment as follows:

1. Plaintiff take nothing by her complaint;
2. Defendant receives her cost of suit incurred herein; and
3. Such other relief as the Court deems just and proper.

Dated:  March 4th, 2008

                                                Respectfully submitted,

                                                _____/S/_____

                                                Charles E. Brumfield, Esq.
                                                Attorney for Marie Auerbach

Charles E. Brumfield (SBN:56636)
1725 Gillespie Way
El Cajon, CA 92020
Phone No.: 619-596-8600 x138
Fax No.: 619-596-8790
Lawceb@purebio.com

Attorney for Defendant,
Marie Auerbach

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUYEN, LE, individual ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ANH VO, CHAU VO, THU VO, MINH VO, ) <br> THUANHAI VO, MARIE AUERBACH, ) <br> ROLLS WOOD GROUP (REPAIR & ) <br> OVERHAULS) USA, and DOES 1-30, ) <br> Inclusive, ) <br> ) <br> Defendants. ) | CASE NO.: 07 CV 05193 BZ <br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that on March 4, 2008, I caused the following document to be filed electronically through the Court's CM/ECF system:

1. DEFENDANT MARIE AUERBACH'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Notification of such filing was send to the attorneys of record, Geoffrey M. Faust, Shawn M. Wrobel, and Jack Benoun by way of their Court registered user's email address, through the CM/ECF system, which generated and sent a "Notice of Electronic Filing" to each attorney of record.

Dated: March 4, 2008

**s/ Charles E. Brumfield**
Attorney for PURE
E-mail: lawceb@purebio.com

1

---

**CERTIFICATE OF SERVICE**

**07 CV 05193 (CRB)**