# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

CASE NO.:   C-07-05193 CRB (JCS)   TIME:  3 h

CASE NAME:   *Quyen Le v. Anh Vo, et al.*

MAGISTRATE JUDGE JOSEPH C. SPERO   CLERK: Mary Macudzinski-Gomez

DATE:  April 21, 2008   COURT REPORTER: Jim Yeomans

COUNSEL FOR PLAINTIFF(S):   COUNSEL FOR DEFENDANT(S):

Geoffrey M. Faust

Jack Benoun
David J. Benoun
Charles E. Brumfield (Def. Auerbach)
Rebecca A. Hull (Def. Rolls Wood)

## PROCEEDINGS

X  SETTLEMENT CONFERENCE

☐  FURTHER SETTLEMENT CONFERENCE

☐  DISCOVERY CONFERENCE

☐  STATUS CONFERENCE RE:

☐  TELEPHONIC CONFERENCE RE:

☐  OTHER:

CASE CONTINUED TO:   FOR

NOTES:

A Settlement Conference was held. The case settled, and the settlement was placed on the record.